UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSE

------------------------------------------------------------------------x
Benjamin Johnson, individually and on behalf of all others similarly situated,

    Plaintiff,

                     Case No.: 2:21-cv-2301

  -against-

Midland Credit Management, Inc.,

and John Does 1-25.

    Defendant(s).
------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

  Notice is hereby given that the Parties have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction of these parties during said sixty (60) day period.

DATED, this 16th day of June, 2021    Respectfully Submitted,

                         */s/ Yaakov Saks*
                         Yaakov Saks
                         Stein Saks, PLLC
                         285 Passaic Street
                         Hackensack, NJ 07601
                         Phone: 201-282-6500
                         ysaks@steinsakslegal.com
                         *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on June 16, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                */s/ Yaakov Saks*
                Yaakov Saks