IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BENJAMIN JOHNSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC. and JOHN DOES 1-25,<br><br>Defendants. | No. 2:21-cv-02301-TLP-cgc<br><br>JURY DEMAND |

## JUDGMENT

**JUDGMENT BY COURT**.  This action came before the Court on Plaintiff's Complaint, filed on May 12, 2021.  (ECF No. 1.)  In accordance with the Notice of Voluntary Dismissal (ECF No. 9), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.  Costs, disbursements, and attorney's fees shall not be assessed to any party.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

July 30, 2021
Date